MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
TPRING SUMMERFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         vs.<br><br>TPRING SUMMERFIELD, et al.<br><br>                    Defendants. | Cr. S- 06-428 DFL<br><br>**STIPULATION TO EXTEND FILING DATE FOR PROPERTY BOND** |

TO: McGREGOR W. SCOTT, U. S. Attorney, and ANNE PINGS, Asst. U. S. Attorney:

Counsel for defendant TPRING SUMMERFIELD needs additional time to file the Deed of Trust in Pinal County, Arizona, and have the government and the court approve the property bond documents. The PIRT and the appraisal of the subject property have been completed. All that remains to be done is recording the Deed of Trust in Arizona and securing the approval of the documents by the government and the court.

///

///

1

**STIPULATION**

The United States and defendant TPRING SUMMERFIELD, through her undersigned counsel, hereby stipulate and agree that the deadline for filing the property bond documents with the court may be extended from November 9, 2006, to November 24, 2006.

IT IS SO STIPULATED.

Dated:   November 9, 2006   McGREGOR SCOTT
United States Attorney

/s/ Jason Hitt, AUSA

Signed by Michael D. Long with Mr. Hitt's Approval

Dated:   November 9, 2006

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Defendant
TPRING SUMMERFIELD

MICHAEL D. LONG
Attorney at Law
State Bar No. 149475
721 Ninth Street, Suite 250
Sacramento, CA 95814
(916) 447-1965; Fax: (916) 447-1940
Long_5999@msn.com

Attorney for Defendant
TPRING SUMMERFIELD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br> Plaintiff, <br> vs. <br> **TPRING SUMMERFIELD** <br> Defendants. | Cr. S- 06-428 DFL <br><br> **ORDER TO EXTEND FILING DEADLINE FOR PROPERTY BOND DOCUMENTS** |

**GOOD CAUSE APPEARING**, it is hereby **ORDERED** that deadline for defendant TPRING SUMMERFIELD to file the property bond documents is extended from November 9, 2006, to November 24, 2006.

**IT IS SO ORDERED**

**DATED: November 13, 2006.**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/summerfield0428.stipord

3