MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 447-1920
Mike.Long.Law@msn.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

THE UNITED STATES OF AMERICA,   )   No. Cr.S-06-00428 KJM
               Plaintiff,   )
                                )   ORDER
   v.                               )
                                )
TPRING SUMMERFIELD,   )
             Defendant.   )   Judge: Hon. Kimberly J. Mueller
==================================)

    IT IS HEREBY ORDERED that the pre-trial release conditions for defendant Tpring Summerfield are modified in the following manner:

    Tpring Summerfield is no longer to report to, or be monitored by, pre-trial services as a condition of her release.

Dated:  March 12, 2012.

                                                               _____
                                                               UNITED STATES DISTRICT JUDGE